**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | | Chapter 13 |
| Brian Turner ) | | |
| ) | | No.: 14-2124 |
| Debtors. ) | | Hon. Pamela S. Hollis |

**OBJECTION TO CONFIRMATION OF PLAN**

Creditor BMO Harris Bank N.A. f/k/a Harris N.A.(hereinafter "BMO"), by the undersigned attorney, objects to confirmation of the Chapter 13 Plan filed by the Debtors in the instant case, and in support thereof, states as follows:

1. On January 24, 2014, the Debtor filed a petition for relief under 11 U.S.C. Chapter 13.

2. On January 24, 2014, the Debtor filed his Chapter 13 Plan (the "Plan").

3. BMO is a secured creditor of the Debtor by virtue of a retail installment contract (the "Contract") dated May 21, 2011, which is secured by a lien on a 2012 Ford Focus VIN #1FAHP3F26CL138661 (the "Vehicle").  (See Retail Installment Contract and Title, attached hereto as Exhibit A).

4. Although the Debtor purchased the Vehicle more than 910 days before filing the instant bankruptcy case, and although BMO's claim is thus subject to bifurcation into secured and unsecured portions, the 2005 amendment to 11 U.S.C. §506(a)(2) requires that the amount of the secured claim be based upon the retail value of the Vehicle.

5. The Debtors' plan states that BMO will be paid $9,961 at 3.25% interest.  (See Chapter 13 Plan, Section 4(B)).

6. The retail value of the Vehicle in "average" condition as of March 21, 2014, pursuant to "Black Book", a nationally recognized valuation service, exceeds $13,375.00.

7.      BMO is owed $12,653.38 under the Contract. As such, BMO is fully secured, and the Debtors' Plan should therefore reflect that BMO is to be paid its secured claim of $12,653.38.

8.      Since the Debtors' Plan proposes to pay BMO less than its full secured claim, the Plan does not comply with 11 U.S.C. §506 and should not be confirmed.

WHEREFORE, BMO Harris Bank N.A. f/k/a Harris N.A. prays that this Court enter an Order denying confirmation of the Debtor's Chapter 13 Plan, and for any other relief this Court deems just and equitable.

BMO HARRIS BANK, N.A. f/k/a Harris N.A.

BY: /s/ Adham Alaily
       One of its attorneys

Adham Alaily
aalaily@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
321 N. Clark St., #1430
Chicago, Illinois 60654
(312) 253-8640