UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-02124 |
| | ) | |
| BRIAN TURNER | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING COSTS OF COLLECTIONS

THIS CAUSE COMING TO BE HEARD on the motion of 5040-60 North Marine Drive Condominium Association, a creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

WHEREFORE, IT IS HEREBY ORDERED that 5040-60 North Marine Drive Condominium Association Motion to Allow costs of collection is granted and $555.00 is hereby allowed and approved as reasonable costs of collection;

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall add $555.00 to 5040-60 North Marine Drive Condominium Association arrearage claim to be cured in the Debtor(s) plan.  No proof of claim amendment is required as Trustee will pay the amount here indicated not withstanding contrary amounts in the proof of claim or in the plan.

Enter:

Honorable Pamela S. Hollis

United States Bankruptcy Judge

Dated:  May 07, 2014

**Prepared by:**

KOVITZ SHIFRIN NESBIT
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
Tel. (847) 537-0500
Fax (847) 537-0550
KSN FILE (Cfi06-61024)